UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| NICOLE LAWTONE-BOWLES, et al., | |
| Plaintiff, | 16-CV-4240 (AJN) (OTW) |
| -against- | |
| CITY OF NEW YORK, NEW YORK., | |
| Defendants. | |

---

| | |
|---|---|
| JAMES BOOKMAN., et al., | |
| Plaintiff, | 18-CV-4338 (AJN) (OTW) |
| -against- | **SCHEDULING ORDER** |
| CITY OF NEW YORK, | |
| Defendants. | |

---

**ONA T. WANG**, **United States Magistrate Judge**:

The **November 5, 2020** pre-settlement call is hereby rescheduled to **December 2, 2020 at 2:00 pm.** Chambers will email instructions for the call. The Clerk of Court is directed to close 16-CV-4240 ECF 141 and 18-CV-4338 ECF 86.

**SO ORDERED.**

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

Dated: October 28, 2020
New York, New York