**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

NICOLE LAWTONE-BOWLES, et al.,

                Plaintiff,                16-CV-4240 (AJN) (OTW)

        -against-

CITY OF NEW YORK, NEW YORK.,

                Defendants.

------------------------------------------------------------X

JAMES BOOKMAN., et al.,

                Plaintiff,              18-CV-4338 (AJN) (OTW)

        -against-                           **ORDER**

CITY OF NEW YORK,

                Defendants.

------------------------------------------------------------X

**ONA T. WANG**, **United States Magistrate Judge**:

The parties are directed to submit a joint status letter re settlement on December 8, 2020 by emailing it to Chambers, Wang_NYSDChambers@nysd.uscourts.gov.

**SO ORDERED.**

                                                        *s/ Ona T. Wang*

Dated: December 8, 2020                           **Ona T. Wang**
       New York, New York                   United States Magistrate Judge