

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

LAURA C. WILLIAMS
*Assistant Corporation Counsel*
Phone: (212) 356-2435
lawillia@law.nyc.gov

January 7, 2021

**By ECF**
Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    Lawtone-Bowles, et al. v. City of New York, Case No. 16-cv-04240-AJN
             Bookman, et al. v. City of New York, Case No. 1:18-cv-04338-AJN

Dear Judge Nathan:                                                                 SO ORDERED.

    I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendant in the above-referenced actions.[1] I write, on behalf of the parties, to respectfully request a one-week extension of the deadline to file their Joint Pretrial Report from January 13, 2021 to January 20, 2021. The parties previously requested, and the Court granted, extensions of time from June 15, 2020 to September 14, 2020 (Lawtone-Bowles, ECF Doc. No. 130, Bookman, ECF Doc. No. 65), from September 14, 2020 to December 14, 2020 (Lawtone-Bowles, ECF Doc. No. 78) and from December 14, 2020 to January 13, 2021 (Lawtone-Bowles, ECF Doc. No. 144, Bookman, ECF Doc. No. 89) to file their Joint Pretrial Report.

    The parties continue to make significant progress concerning the potential resolution of this case and, to that end, have had four settlement conference calls before Magistrate Judge Wang on October 13, 2020, November 4, 2020, December 8, 2020 and January 5, 2021. A fifth pre-settlement conference call is scheduled for February 2, 2021. In light of this, and given our progress made to date, the parties make this request to allow for additional time to negotiate possible settlement and thereby seek to resolve this case without a trial.

*(signature)* Alison J. Nathan
SO ORDERED.  1/14/2021
ALISON J. NATHAN, U.S.D.J.

---

[1] Pursuant to the Court's Orders of June 26, 2020, these actions will be tried together. See Lawtone-Bowles, ECF Doc. No. 132; Bookman, ECF Doc. No. 73.

- 2 -

Thank you for your consideration of this matter.

Respectfully Submitted,

/s/
Laura C. Williams
Assistant Corporation Counsel

cc: **By ECF**
All Counsel of Record