USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/9/2021___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Nicole Lawtone-Bowles, *et al.*,

                Plaintiffs,

     –v–

City of New York,

                Defendant.

---

16-cv-4240 (AJN)

18-cv-4338 (AJN)

ORDER

---

James Bookman, *et al.*,

                Plaintiffs,

     –v–

City of New York,

                Defendant.

---

ALISON J. NATHAN, District Judge:

The Court is in receipt of the notice, consent, and reference forms submitted by the parties in these matters, and the voicemail message left on behalf of the parties this morning. Because the parties used the form for reference of a dispositive motion, the Court is unable to process the forms until the motion for settlement approval has been filed. The Court will enter the reference orders once the parties file their motion. The magistrate judge assigned to these cases is the Honorable Ona T. Wang.

       SO ORDERED.

Dated:  February 9, 2021
         New York, New York

_____
ALISON J. NATHAN
United States District Judge